IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**NASRIN FATEMI**                                                                           PLAINTIFF

v.                                      No. 4:11-cv-458-DPM

**HOSEA LONG, in his official
capacity; JAMES CLARDY, in his
individual and official capacities;
DEBRA FISER, in her individual
and official capacities; JOHN DAY,
in his individual and official capacities;
UNIVERSITY OF ARKANSAS FOR
MEDICAL SCIENCES; and
UNIVERSITY OF ARKANSAS SYSTEM**                                 DEFENDANTS

ORDER

To maintain the status quo, the Court issues this temporary protective order. Defendants and their lawyers shall not respond to Mr. Sutter's 15 March 2013 FOI request for all documents, emails, time slips, and other documents referencing or related to this case until further order of this Court. FED. R. CIV. P. 26(c). The Court needs time to consider the issues.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 March 2013